UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHEILA K. ESTELL,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL J. ASTRUE, Commissioner of<br>the Social Security Administration,<br><br>　　　　　　Defendant. | Case No. 08-cv-1161-JCC-JPD<br><br>ORDER DIRECTING RESPONSE |

This matter comes before the Court *sua sponte* upon the Defendant's failure to respond to Plaintiff's motion for attorney's fees, expenses, and costs under the Equal Access to Justice Act. *See* Dkt. No. 18. Defendant is DIRECTED TO RESPOND to Plaintiff's motion **no later than April 7, 2009**. If Defendant has not responded by that time, the Court will consider Defendant as having no objection to Plaintiff's request for attorney's fees, costs, and form of order submitted.

The Clerk is directed to send copies of this Order to all counsel of record.

DATED this 24th day of March, 2009.

　　　　　　　　　　　　　　　　*James P. Donohue*
　　　　　　　　　　　　　　　　―――――――――――――――――
　　　　　　　　　　　　　　　　JAMES P. DONOHUE
　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER
PAGE 1