UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHEILA K. ESTELL,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,<br><br>　　　　　　　　Defendant. | Case No. 08-cv-1161-JCC-JPD<br><br>ORDER AWARDING EAJA FEES AND COSTS |

The Court, having considered Plaintiff's motion for Equal Access to Justice Act attorney's fees and costs, Dkt. No. 18, the Defendant's response stating that he has no objection to the request, Dkt. No. 21, and the balance of the record, does hereby ORDER as follows:

(1) Plaintiff's motion for Equal Access to Justice Act attorney's fees and costs, Dkt. No. 18, is GRANTED. Plaintiff's counsel, Robert A. Friedman, is awarded $3,145.88 in attorney's fees and $43.30 in expenses under the Equal Access to Justice Act, 28 U.S.C. § 2412(a), (d), and $369.25 in costs under the Equal Access to Justice Act, 28 U.S.C. § 1920, for a total award of $3,558.43.

ORDER
PAGE - 1

(2) The Clerk is directed to send copies of this Order to all counsel of record and the Honorable James P. Donohue.

DATED this 1st day of April, 2009.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
PAGE - 2